

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00031-CV

_____

SHANNON BROOKS, Appellant

V.

CENTRE STATION APARTMENTS, LLC, Appellee

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-332082-22

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The parties have filed an agreed motion with this Court stating that they have settled their disputes and seeking a voluntary dismissal of this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:      August 6, 2024
Date Decided:        August 7, 2024

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).